AUSA Nathalina A. Hudson 312-353-1123

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA )
v. )
RAY A. RICHMOND )
)
NORTHERN DISTRICT OF ILLINOIS )   CASE NUMBER: _____

The undersigned Affiant personally appeared before Morton Denlow, a United States Magistrate Judge, and being duly sworn on oath, states: that at the MIDDLE DISTRICT OF GEORGIA, one RAY A.RICHMOND, was charged with aiding and abetting Carl L. Shaw to embezzle, steal, purloin and convert to his own use, monies belonging to the United States and conspiring with Carl Shaw to embezzle, steal, purloin and convert monies belonging to the United States in violation of Title 18, United States Code, Sections 371 and 641, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant of Arrest is outstanding for the arrest of said defendant. (See Exhibit A-Warrant of Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Schulte, Michael
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
14th day of  July  , 2008.

MORTON DENLOW
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended] by issuing Court at _____

Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Georgia_____

D8 2b-0523-1356-J
FID # 146009

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

RAY A. RICHMOND

Case Number:  7:08-CR-00014-001-WLS

U.S. MARSHALS SERVICE, M/GA
2008 MAY 23  A 12: 43

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RAY A. RICHMOND_____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment       ☐ Information       ☐ Complaint       ☐ Order of Court

☐ Violation Notice       ☐ Probation Violation Petition

charging him or her with   (brief description of offense)

Theft of Government Property; Conspiracy to Commit Theft of Government Property

in violation of Title _____18_____ United States Code, Section(s) _____641 & 371_____

| Gregory J. Leonard | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Charlene A. Lunsford, Deputy Clerk | May 23, 2008  Macon, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

S

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

UNITED STATES OF AMERICA   :
                               :   Crim. No: 7:08-CR-14-WLS

                               :
      vs.                      :   VIOLATIONS: 18 U.S.C. § 641 & § 371

RAY A. RICHMOND           :

_____   :

## THE GRAND JURY CHARGES:

### INTRODUCTION

1.    From on or about January 23, 2006, until on or about July 7, 2006, the defendant Ray A. Richmond (hereafter "Defendant Richmond") was a civilian employee of the Department of the Air Force at Moody Air Force Base, Valdosta, Georgia.

2.    Defendant Richmond's job title was travel administrator and his duties included maintaining travel funds, processing travel documents, and approving the disbursement of official travel funds for both uniformed and civilian personnel.

3.    During the conspiracy and the scheme to defraud Carl L. Shaw was a Senior Airman in the United States Air Force at Moody Air Force Base.

–1–

4.    During the time period set forth in the grid below the Defendant Richmond, together with Senior Airman Shaw, submitted false and fraudulent temporary duty travel vouchers to the Defense Travel System, a computer network, and thereby caused the transfers of monies of the United States Department of Air Force to his own account, or the account of Senior Airman Shaw.

5.    Defendant Richmond and Senior Airman Shaw jointly obtained a total of approximately $296,527.07 from the United States by this fraud.

## COUNTS ONE - THIRTY FOUR
### Theft of Government Property
### (18 U.S.C. § 641)

6.    Paragraphs 1-5 of the Introduction are incorporated by reference herein..

7.    On or about the dates, and in the amounts set forth below, in the Valdosta Division of the Middle District of Georgia, the defendant,

### RAY A. RICHMOND,

aided and abetted by Carl L. Shaw, did knowingly embezzle, steal, purloin and convert to his own use, monies of the United States and any department or agency thereof, each numbered item being a separate count of the indictment.

a. Counts 1-15 are unlawful transfers to the account of Carl L. Shaw; and

b. Counts 16-34 are unlawful transfers to the account of Ray A. Richmond.

-2-

| No | Date | Amount Transferred |
|---|---|---|
| 1 | 3/9/2006 | $6,324.10 |
| 2 | 3/10/2006 | $2,037.72 |
| 3 | 3/13/2006 | $8,908.00 |
| 4 | 3/16/2006 | $5,891.00 |
| 5 | 4/19/2006 | $5,496.00 |
| 6 | 4/19/2006 | $4,772.00 |
| 7 | 4/20/2006 | $4,176.50 |
| 8 | 5/08/2006 | $4,196.50 |
| 9 | 5/15/2006 | $6,173.50 |
| 10 | 5/23/2006 | $10,766.50 |
| 11 | 5/25/2006 | $15,336.50 |
| 12 | 5/30/2006 | $10,844.50 |
| 13 | 6/06/2006 | $9,881.50 |
| 14 | 6/21/2006 | $10,876.50 |
| 15 | 7/11/2006 | $18,443.50 |
| | Sub Total 1-15 | $114,364.32 |

05/23/2008  17:27  4787528210  USMS M/GA WARRANTS  PAGE 07/09

07/08/2008  15:48  2294308438  USMS ALBANY  PAGE 05/07

| No | Date | Amount Transferred |
|----|------|--------------------|
| 16 | 3/02/06 | $1,379.50 |
| 17 | 3/07/06 | $2,037.72 |
| 18 | 3/08/06 | $6,516.10 |
| 19 | 3/10/06 | $8,728.00 |
| 20 | 3/15/06 | $5,891.00 |
| 21 | 3/28/06 | $5,211.50 |
| 22 | 3/28/06 | $5,304.18 |
| 23 | 4/17/06 | $3,091.00 |
| 24 | 4/17/06 | $5,632.00 |
| 25 | 4/25/06 | $3,852.50 |
| 26 | 4/25/06 | $4,634.50 |
| 27 | 5/05/06 | $5,829.50 |
| 28 | 5/12/06 | $6,865.50 |
| 29 | 5/22/06 | $4,555.50 |
| 30 | 5/22/06 | $22,176.50 |
| 31 | 5/25/06 | $34,382.00 |
| 32 | 6/05/06 | $15,398.50 |
| 33 | 6/20/06 | $22,203.50 |
| 34 | 7/10/06 | $18,473.75 |
| | Sub-Total 16-34 | $182,162.75 |
| | Combined Total 1-34 | $296,527.07 |

All in violation of Title 18, United States Code, Section 641 and Section 2.

–4–

## COUNT THIRTY FIVE
### Conspiracy to Commit Theft of Government Property
(18 U.S.C. § 641 i/c/w § 371)

1.    Paragraphs 1-5 of the of the Introduction, and Counts 1-34 are incorporated herein by reference.

2.    From on or about January 23, 2006, until on or about July 7, 2006, in the Valdosta Division of the Middle District of Georgia,

### RAY A. RICHMOND,

defendant herein, did combine, conspire, agree and have a tacit understanding with Carl L. Shaw, to commit offenses against the United States, to wit: to knowingly embezzle, steal, purloin and convert to their own use, monies of the United States and any department or agency thereof.

All in violation of Title 18, United States Code, Section 641 i/c/w Section 371.

A TRUE BILL

F

ND JURY

PRESENTED BY:

JIM CRANE
ASSISTANT U.S. ATTORNEY

–5–