# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 557 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. Ray A. Richmond | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/14/08. Defendant informed of rights. Enter order appointing Thomas M. Durkin to represent defendant. Defendant waives his right to an identity hearing. Defendant ordered removed to the Middle District of Georgia, Albany, to appear before a U.S. Magistrate Judge on 7/30/08 at 10:00 a.m. for further proceedings.

Docketing to mail notices.

00:16

| | Courtroom Deputy Initials: | DK |
|---|---|---|

U.S. DISTRICT COURT
FILED
2008 JUL 15 AM 8:11