# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT [ ] OTHER PANEL

**IN THE CASE OF:** US vs. Ray Richmond

**FOR:** 7-14-08

FILED JUL 14 2008

MAGISTRATE JUDGE MORTON DENLOW

**LOCATION NUMBER:**

**PERSON REPRESENTED (Show your full name):** Ray A. Richmond

- [X] 1 Defendant - Adult
- [ ] 2 Defendant - Juvenile
- [ ] 3 Appellant
- [ ] 4 Probation Violator
- [ ] 5 Parole Violator
- [ ] 6 Habeas Petitioner
- [ ] 7 2255 Petitioner
- [ ] 8 Material Witness
- [ ] 9 Other (Specify)

**DOCKET NUMBERS:**
- Magistrate: 08U557
- District Court: 08CR557
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) [X] Felony [ ] Misdemeanor

18 USC 641 & 371

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? [X] Yes [ ] No [ ] Am Self Employed
- Name and address of employer: ADP
- IF YES, how much do you earn per month? $ 3600 (gross) ~~1750~~ 2900 (net)
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? [ ] Yes [ ] No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account [X] Yes [ ] No IF YES, state total amount $ 1500

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [ ] SINGLE [ ] MARRIED [ ] WIDOWED [X] SEPARATED OR DIVORCED
- Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payl. |
|---|---|---|---|
| Rent | | $ | $ 550 |
| utilities | | $ | $ 260 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/14/08

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** [signed]