**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of US v Ray A. Richmond    Case Number: 08CR557

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ray A Richmond

FILED 7-14-08
JUL 1 4 2008

MAGISTRATE JUDGE MORTON DENLOW

| NAME (Type or print) THOMAS M DURKIN |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas M Durkin |
| FIRM MAYER BROWN |
| STREET ADDRESS 71 S WACKER |
| CITY/STATE/ZIP Chicago ILL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-701-7997 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ |