**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

July 15, 2008

**OFFICE OF THE CLERK**

**FILED**

JUL 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Middle District of Georgia
C. B. King U.S. Courthouse
201 West Broad Avenue
Albany, Georgia 31701

Re: U.S. -v- Richmond
Case: District of Georgia # 08 CR 14

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

__X__ Docket Sheet  08 CR 557        __X__ Affidavit in Removal

X  Order setting conditions of release        X  Appearance Bond

__X__        Financial affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
    Deputy Clerk