

# FILED

JUL 2 2 2008  YM
Jul 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cr 557

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Robert Gervin_    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Robert Gervin    7.18-0 Y |
| 1. Article Addressed to:<br><br>Middle District of Georgia<br>C. B. King U.S. Courthouse<br>201 West Broad Avenue<br>Albany, Georgia 31701 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9746 9278 |
| PS Form 3811, February 2004 | Domestic Return Receipt  08CR 557  102595-02-M-1540 |